UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENATA CERQUIERA,

        Plaintiff,

v.                                                           Case No: 6:19-cv-443-Orl-78LRH

KOHL'S DEPARTMENT STORES, INC.,

        Defendant.
_____/

MARYLOU CERQUIERA,

        Plaintiff,

v.                                                           Case No: 6:19-cv-444-Orl-78LRH

KOHL'S DEPARTMENT STORES, INC.,

        Defendant.
_____/

## ORDER

The Court has been advised by the Notice of Settlement that the above-styled actions have been completely settled. (Doc. 48 at 1).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that these causes are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the cases for further proceedings. The Clerk is directed to terminate all pending motions and close these files.

**DONE AND ORDERED** in Orlando, Florida on April 13, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record